1  Valerie L. Williams, Esq. (SBN 212711)
2  CHARLEY M. STOLL, A PROFESSIONAL CORPORATION
   711 East Daily Drive, Suite 115
3  Camarillo, California 93010
   Telephone: 805.389.5296
4  Facsimile: 805.389.5288
   vwilliams@cmsapc.com
5
6  Attorneys for Defendant,
   GIACALONE DESIGN SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, | Case No. C 12 6178 LB |
| PENSION TRUST FUND FOR OPERATING ENGINEERS, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT GIACALONE DESIGN SERVICES, INC.'S REQUEST AND MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND, | CMC Date: March 6, 2013<br>CMC Time: 2:30 p.m.<br>CMC Dept: Courtroom 10 – 19th Floor |
| OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, | *Before the Honorable Susan Illston* |
| HEAVY AND HIGHWAY COMMITTEE; and | |
| OPERATING ENGINEERS LOCAL UNION No. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, | |
|              Plaintiffs, | |
|        vs. | |

-1-

GIACALONE ELECTRICAL SERVICES, INC., a California corporation, GILROY CONSTRUCTION, INC., a California corporation, and GIACALONE DESIGN SERVICES, INC., a California corporation,

Defendants.

The Court has considered Defendant GIACALONE DESIGN SERVICES, INC.'S Request and Motion to Appear at Case Management Conference by Telephone, and for good cause showing, Defendant's Request and Motion is hereby GRANTED. Valerie L. Williams, Esq., is permitted to appear telephonically at the Case Management Conference, set for March 6, 2013, at 2:30 p.m. in Courtroom 10 of the above-captioned Court.

If the services of CourtCall are not available for this appearance, a clerk of the Court will contact Ms. Williams at (805) 389-5296 when the matter comes on for hearing.

IT IS SO ORDERED.

Dated: _____2/27/13_____

_____
HONORABLE SUSAN ILLSTON,
Judge of the United States District Court