| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | Shaamini A. Babu. Esq. (SBN 230704) |
| | Saltzman & Johnson Law Corporation |
| 3 | 44 Montgomery Street, Suite 2110 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 882-7900 |
| | Facsimile: (415) 882-9287 |
| 5 | mstafford@sjlawcorp.com |
| | sbabu@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

Valerie L. Williams, Esq. (SBN 212711)
Law Offices of Charley M. Stoll
711 East Daily Drive, Suite 115
Camarillo, California 93010
Telephone: (805) 389-5296
Facsimile: (805) 389-5288
vwilliams@cmsapc.com
Attorney for Defendant Giacalone Design Services, Inc.

Roger M. Mason, Esq. (SBN 107486)
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
RMason@smwb.com
Attorneys for Defendant Gilroy Construction, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GIACALONE ELECTRICAL SERVICES, INC., et al., <br><br> Defendants. | Case No.: C12-6178 SI <br><br> **STIPULATION AND [P~~ROPOSED~~ ORDER] TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** <br><br> Complaint: 12/6/12 <br> Trial: 2/18/14 <br> Judge    Honorable Susan Illston |

-1-
STIPULATION RE MEDIATION
Case No.: C12-6178 SI

Plaintiffs Operating Engineers' Health and Welfare Trust Fund, et al. and Defendants Gilroy Construction, Inc. and Giacalone Design Services, Inc. through their respective counsel hereby stipulate to the following:

1. On May 1, 2013, the Court extended the deadline for mediation to June 29, 2013, pursuant to the parties' request. Docket No. 30.

2. Plaintiffs served Request for Production of Documents and Special Interrogatories on Defendants Gilroy Construction, Inc. and Giacalone Design Services, Inc., on May 10, 2013, and May 14, 2013, respectively. Defendants are still gathering the requested documents and information. Plaintiffs are agreeable to an extension until Friday July 12, 2013, for Defendants to serve responses to discovery.

3. On May 22, 2013, Plaintiff Pension Plan for Pension Trust Fund for Operating Engineers filed a Complaint in *Pension Plan for Pension Trust Fund for Operating Engineers*, *et al., v. Giacalone Electrical Services, Inc., et al*., Case No. CV13-2338, to recover unpaid withdrawal liability under the Employee Retirement Income Security Act of 1974 as amended by the Multiemployer Pension Plan Amendments Act of 1980 ("Withdrawal Liability Action"). A motion to relate the Withdrawal Liability Action to this instant action was filed on May 31, 2013. Docket No. 34.

4. The parties previously agreed to participate in mediation with the Court appointed mediator James H. Fleming on June 18, 2013. However, the parties have not yet exchanged the information and documents that may help effectuate a settlement at the mediation and the parties seek to attempt to enter into a global settlement of the claims in this instant action and the Withdrawal Liability Action. Accordingly, the parties stipulate to participate in mediation in July and will promptly confirm a date with the mediator.

5. Plaintiffs and Defendants Gilroy Construction, Inc., Giacalone Design Services, Inc. will participate in the mediation. The clerk entered default against Defendant Giacalone Electrical Services, Inc. and as such, it will not participate in the mediation. Docket No. 33.

6. Based on the foregoing, the parties hereby stipulate to and request to continue the mediation deadline to August 1, 2013, and the Case Management Conference from July 12, 2013,

to August 9, 2013. At this time, said extension will not result in a modification of or the deadlines specified in the Court's Pretrial Preparation Order. (Docket Nos. 25, 26).

Date: June 10, 2013   SALTZMAN & JOHNSON LAW CORPORATION

By: _____//S//_____
Shaamini A. Babu
Attorneys for Plaintiffs

Dated: June 10, 2013   SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____//S//_____
Roger M. Mason
Kristen Green
Attorneys for Defendant Gilroy Construction, Inc.

Dated: June 10, 2013   CHARLEY M. STOLL, A PROFESSIONAL CORPORATION

By: _____//S//_____
Valerie L. Williams
Attorneys for Defendant Giacalone Design Services, Inc.

**ORDER**

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the mediation deadline is hereby extended to August 1, 2013, and the Case Management Conference is continued from July 12, 2013, to August 9, 2013, at 3:00 p.m.

Date: 6/13/13

*(signature: Susan Illston)*

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE