Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu. Esq. (SBN 230704)
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

Charley M. Stoll, Esq. (SBN 64946)
Law Offices of Charley M. Stoll
711 East Daily Drive, Suite 115
Camarillo, California 93010
Telephone: (805) 389-5296
Facsimile: (805) 389-5288
vwilliams@cmsapc.com
Attorney for Defendant Giacalone Design Services, Inc.

Roger M. Mason, Esq. (SBN 107486)
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
RMason@smwb.com
Attorneys for Defendant Gilroy Construction, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,

Plaintiffs,

vs.

GIACALONE ELECTRICAL SERVICES, INC., et al.,

Defendants.

Case No.: C12-6178 SI

**STIPULATION AND [~~PROPOSED~~ ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| CMC: | 8/9/13 |
| Time: | 3:00 pm |
| Ctrm: | 10 (19th Floor) |
| Location: | 450 Golden Gate Avenue<br>San Francisco, CA |
| Judge | Honorable Susan Illston |



P:\CLIENTS\OE3CL\Giacalone Electrical Services\CMC\Stipulation to Continue Mediation and CMC 072313.DOC

Plaintiffs Operating Engineers' Health and Welfare Trust Fund, et al. and Defendants Gilroy Construction, Inc. and Giacalone Design Services, Inc. through their respective counsel hereby stipulate to the following:

1. On May 29, 2013, the Court entered default against Defendant Giacalone Electrical Services, Inc. Docket. No. 33.

2. On June 14, 2013, the Court extended the deadline for mediation to August 1, 2013, and continued the Case Management Conference to August 9, 2013, pursuant to the parties' request. Docket No. 37.

3. On June 18, 2013, the Court related the instant action to *Pension Plan for Pension Trust Fund for Operating Engineers, et al., v. Giacalone Electrical Services, Inc., et al.*, Case No. CV13-2338 ("Withdrawal Liability Action"). Docket No. 38. Defendants Gilroy Construction, Inc. and Defendant Giacalone Electrical Services, Inc. are also named in the Withdrawal Liability Action along with seven (7) other defendants.

4. The parties in the instant action and the Withdrawal Liability Action seek to reach a global settlement. Since the Court last granted a continuance the parties have been attempting to schedule a mediation but there were scheduling conflicts because there are eleven parties involved in both actions.

5. Mediation has been scheduled for **Thursday August 8, 2013**, with the court appointed mediator James Fleming.

6. Plaintiffs and Defendants Gilroy Construction, Inc. and Giacalone Design Services, Inc. will participate in the mediation. Vincent Giacalone who is named as a defendant in the Withdrawal Liability Action and owns an interest in many of the corporate defendants named in both actions will also participate in the mediation. It may be necessary to hold a mediation session in the Withdrawal Liability Action if the parties do not settle on August 8, 2013, since certain defendants have not yet been served or appeared in the Withdrawal Liability Action.[1]

[1] As the designated agent for service of process, Vincent Giacalone has not returned an executed Waiver of the Service of Summons for Giacalone Electrical Services, Inc. and Giacalone Mgmt, LLC as requested. Service has been effectuated on the remaining defendants in the Withdrawal Liability Action i.e. Gilroy Construction, Inc., VLG2, LLC, Luchessa Road, LLC, Ronan Avenue Investors, LLC, Crow Court, LLC, and Vincent and Lisa Giacalone.

7. Holding one Case Management Conference in both actions will result in judicial economy and minimize attorneys' fees and costs for the parties. Further, counsel for Defendant Giacalone Design Services, Inc. will be out of the country on August 9, 2013.

8. Based on the foregoing, the parties hereby stipulate to and request to continue the Case Management Conference to coincide with the Case Management Conference scheduled in the Withdrawal Liability Action on August 30, 2013, at 2:30 pm. Withdrawal Liability Action Docket No. 10.

Date: July 23, 2013

SALTZMAN & JOHNSON LAW CORPORATION

By: /s/
Shaamini A. Babu
Attorneys for Plaintiffs

Dated: July 23, 2013

SWEENEY, MASON, WILSON & BOSOMWORTH

By: /s/
Roger M. Mason
Kristen Green
Attorneys for Defendant Gilroy Construction, Inc.

Dated: July 23, 2013

CHARLEY M. STOLL, A PROFESSIONAL CORPORATION

By: /s/
Charley M. Stoll
Attorneys for Defendant Giacalone Design Services, Inc.

**ORDER**

IT IS SO ORDERED.

Based on the foregoing, and good cause appearing, the Case Management Conference is continued to ~~August 30, 2013~~ SEPTEMBER 6, 2013, at 2:30 p.m.

Date: 7/25/13

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE