| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | Shaamini A. Babu, Esq. (SBN 230704)<br>SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104 |
| 4 | (415) 882-7900<br>(415) 882-9287 – Facsimile |
| 5 | mstafford@sjlawcorp.com<br>sbabu@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |
| 7 | Charley M. Stoll, Esq. (SBN 64946) |
| 8 | LAW OFFICES OF CHARLEY M. STOLL<br>711 East Daily Drive, Suite 115 |
| 9 | Camarillo, California 93010<br>(805) 389-5296 |
| 10 | (805) 389-5288 – Facsimile<br>cstoll@cmsapc.com |
| 11 | Attorney for Defendant |
| 12 | Giacalone Design Services, Inc. |
| 13 | Roger M. Mason, Esq. (SBN 107486)<br>SWEENEY, MASON, WILSON & BOSOMWORTH |
| 14 | A Professional Law Corporation<br>983 University Avenue, Suite 104C |
| 15 | Los Gatos, CA 95032<br>(408) 356-3000 |
| 16 | (408) 354-8839 – Facsimile<br>rmason@smwb.com |
| 17 | Attorneys for Defendant Gilroy Construction, Inc. |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C12-6178 SI |
| 21 | | **DISMISSAL OF DEFENDANT GIACALONE DESIGN SERVICES, INC. PURSUANT TO STIPULATION** |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | GIACALONE ELECTRICAL SERVICES, INC., et al., | |
| 26 | | |
| 27 | Defendants. | |

1
STIPULATION FOR DISMISSAL
CASE NO. C12-6178 SI

P:\CLIENTS\OE3CL\Giacalone Electrical Services\Dismissal\Stip for Dismissal of GDS 11-8-13.DOC

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), all appearing parties stipulate as follows:

Plaintiffs F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al. and Defendants GIACALONE DESIGN SERVICES, INC. and GILROY CONSTRUCTION, INC., hereby stipulate to the voluntarily dismissal without prejudice of Defendant GIACALONE DESIGN SERVICES, INC.  Plaintiffs have not previously filed or dismissed any similar action against said Defendant.  Default has been entered against Defendant GIACALONE ELECTRICAL SERVICES, INC. since it did not appear in this action.

IT IS SO STIPULATED.

DATED:  November 8, 2013                    Saltzman & Johnson Law Corporation


By:_____/s/_____
Shaamini A. Babu
Attorney For Plaintiffs
Operating Engineers' Health And Welfare Trust Fund, et al.; F.G. Crosthwaite and Russell E. Burns, As Trustees


DATED:  November 8, 2013                    Law Offices Of Charley M. Stoll


By:_____/s/_____
Charley M. Stoll
Attorney For Defendant
Giacalone Design Services, Inc.


DATED:  November 8, 2013                    SWEENEY, MASON, WILSON & BOSOMWORTH


By:_____/s/_____
Roger M. Mason, Esq
Attorney For Defendant
Gilroy Construction, Inc.

2
STIPULATION FOR DISMISSAL
CASE NO. C12-6178 SI