1  Michele R. Stafford, Esq. (SBN 172509)
   Shaamini A. Babu, Esq. (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Charley M. Stoll, Esq. (SBN 64946)
   LAW OFFICES OF CHARLEY M. STOLL
8  711 East Daily Drive, Suite 115
   Camarillo, California 93010
9  (805) 389-5296
   (805) 389-5288 – Facsimile
10 cstoll@cmsapc.com

11 Attorney for Defendant
   Giacalone Design Services, Inc.
12
   Roger M. Mason, Esq. (SBN 107486)
13 SWEENEY, MASON, WILSON & BOSOMWORTH
   A Professional Law Corporation
14 983 University Avenue, Suite 104C
   Los Gatos, CA  95032
15 (408) 356-3000
   (408) 354-8839 – Facsimile
16 rmason@smwb.com

17 Attorneys for Defendant Gilroy Construction, Inc.

18              UNITED STATES DISTRICT COURT

19           FOR THE NORTHERN DISTRICT OF CALIFORNIA

20 F.G. CROSTHWAITE and RUSSELL E.          Case No.:  C12-6178 SI
   BURNS, in their respective capacities as
21 Trustees of the OPERATING ENGINEERS'     **DISMISSAL OF DEFENDANT
   HEALTH AND WELFARE TRUST FUND, et        GIACALONE DESIGN SERVICES,
22 al.,                                     INC. PURSUANT TO STIPULATION**

23         Plaintiffs,

24 vs.

25 GIACALONE ELECTRICAL SERVICES,
   INC.,  et al.,
26
           Defendants.
27

28
                                                          1
                                            STIPULATION FOR DISMISSAL
                                            CASE NO. C12-6178 SI

P:\CLIENTS\OE3CL\Giacalone Electrical Services\Dismissal\Stip for Dismissal of GDS 11-8-13.DOC

*IT IS SO ORDERED*
*Judge Susan Illston*

1  Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), all appearing parties stipulate as
2  follows:
3  Plaintiffs F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities
4  as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.
5  and Defendants GIACALONE DESIGN SERVICES, INC. and GILROY CONSTRUCTION,
6  INC., hereby stipulate to the voluntarily dismissal without prejudice of Defendant GIACALONE
7  DESIGN SERVICES, INC.  Plaintiffs have not previously filed or dismissed any similar action
8  against said Defendant.  Default has been entered against Defendant GIACALONE
9  ELECTRICAL SERVICES, INC. since it did not appear in this action.

10  IT IS SO STIPULATED.

11  DATED: November 8, 2013                    Saltzman & Johnson Law Corporation

13                                              By:          /s/
                                                     Shaamini A. Babu
14                                                   Attorney For Plaintiffs
                                               Operating Engineers' Health And Welfare Trust Fund,
15                                               et al.; F.G. Crosthwaite and Russell E. Burns, As
                                                              Trustees

17  DATED: November 8, 2013                    Law Offices Of Charley M. Stoll

19                                              By:          /s/
                                                     Charley M. Stoll
20                                                   Attorney For Defendant
                                                   Giacalone Design Services, Inc.

23  DATED: November 8, 2013                    SWEENEY, MASON, WILSON & BOSOMWORTH

25                                              By:          /s/
                                                     Roger M. Mason, Esq
26                                                   Attorney For Defendant
                                                     Gilroy Construction, Inc.

2
STIPULATION FOR DISMISSAL
CASE NO. C12-6178 SI

P:\CLIENTS\OE3CL\Giacalone Electrical Services\Dismissal\Stip for Dismissal of GDS 11-8-13.DOC