1 | Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu. Esq. (SBN 230704)
2 | SALTZMAN & JOHNSON LAW CORPORATION
3 | 44 Montgomery Street, Suite 2110
San Francisco, CA 94104
4 | (415) 882-7900 phone
(415) 882-9287 fax
5 | mstafford@sjlawcorp.com
sbabu@sjlawcorp.com
6 | Attorneys for Plaintiffs

7 | Roger M. Mason, Esq.
SWEENEY, MASON, WILSON &
8 | BOSOMWORTH
983 University Avenue, Suite 104C
9 | Los Gatos, CA 95032-7637
408-356-3000 phone
10 | 408-354-8839 fax
Email: RMason@smwb.com
11 | Attorneys for Defendants Vincent Giacalone and Lisa Giacalone

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No.: C12-6178 SI |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GIACALONE ELECTRICAL SERVICES, INC., et al., | CMC:        3/21/14<br>Time:        3:00 pm<br>Ctrm:        10 (19th Floor) |
| Defendants. | Location:   450 Golden Gate Avenue<br>                 San Francisco, CA<br>Judge        Honorable Susan Illston |
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No.:  CV 13-02338-SI |
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GIACALONE ELECTRICAL SERVICES, INC., et al., | CMC:        3/21/14<br>Time:        3:00 pm<br>Ctrm:        10 (19th Floor) |
| Defendants. | Location:   450 Golden Gate Avenue<br>                 San Francisco, CA<br>Judge        Honorable Susan Illston |

In accordance with Rule 16 and 26(f) of the Federal Rules of Civil Procedure, Northern District Local Rule 16-9, Standing Order for All Judges of the Northern District of California, and Honorable Susan Illston's Case Management Order, the parties hereto submit this Stipulated Request to Continue the Case Management Conference.

**Related Actions**

1. On June 18, 2013, the Court related *Crosthwaite* v. *Giacalone Electrical Services, Inc., et al.*, Case No. CV12-6178 SI ("Contributions Action") to *Pension Plan for Pension Trust Fund for Operating Engineers*, *et al.,* v. *Giacalone Electrical Services, Inc., et al.*, Case No. CV13-2338 ("Withdrawal Liability Action").  Docket No. 38.

2. In the Contributions Action, Plaintiffs seek delinquent contributions and other related sums in excess of $850,000 found due to the Operating Engineers Trust Funds ("Trust Funds") upon audit of the records of Defendant Giacalone Electrical Services, Inc. ("Giacalone Electrical") for the time period January 1, 2005, through July 24, 2009.

3. In the Withdrawal Liability Action, Plaintiffs seek withdrawal liability of $2,231,762 and other related sums as a result of Defendant Giacalone Electrical's withdrawal from the Pension Plan for Pension Trust Fund for Operating Engineers ("Plan").

**Defendants**

4. Defendant Giacalone Electrical was named in the Contributions Action and the Withdrawal Liability Action, and the Court entered default against said defendant in both actions. Docket Nos. 22 and 33, respectively.

5. Defendants Giacalone McDermott Management, LLC, Luchessa Road, LLC, Ronan Avenue Investors, LLC were named only in the Withdrawal Liability Action, and the Court entered default against said defendants.  Docket Nos. 22 and 30.

6. Defendant Giacalone Design Services, Inc. was only named in the Contributions Action and has been dismissed.  Docket No. 54.

7. Defendants VLG2, LLC, and Crow Court LLC, were only named in the Withdrawal Liability Action and have been dismissed.   Docket No. 39.

8. A mediation was held on December 11, 2013, with court appointed mediator James Fleming. Plaintiffs and Defendants Gilroy Construction, Inc. ("Gilroy"), Vincent Giacalone and Lisa Giacalone participated in the mediation.

9. As a result of the mediation Plaintiffs and Defendant Gilroy agreed to a settlement. Docket No. 56. The terms of the settlement solely with Defendant Gilroy have been satisfied in full and a dismissal of Defendant Gilroy pursuant to stipulation is being filed concurrently herewith.

10. Defendants Vincent Giacalone and Lisa Giacalone were only named it the Withdrawal Liability Action and are the only remaining Defendants who have appeared in said action.

11. In the Stipulated Request to Continue filed on January 1, 2014, it was indicated that Plaintiffs anticipated subpoenaing further documents from Defendants' accountant and/or taking a deposition in order to facilitate settlement discussions. Since that time Plaintiffs' auditor has reviewed numerous files provided by Defendants' accountant and as a result, Plaintiffs have determined that it is necessary to take the deposition of Lisa Burns, bookkeeper for Defendants, and William Finn, accountant for Defendants. Plaintiffs intend to notice these two (2) depositions to take place by June 1, 2014 i.e. one deposition in April and one deposition in May.

12. After further settlement negotiations upon completion of any further necessary written discovery and depositions, Plaintiffs and the remaining Defendants will decide if any motion work is required.

13. Based on the foregoing, the parties who have appeared in this action and not been defaulted or dismissed hereby request to continue the Case Management Conference to Friday June 27, 2014, at 3:00 p.m.

Dated: March 10, 2014                SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
    Shaamini A. Babu, Esq.
    Attorney for Plaintiffs

Dated: March 10, 2014                    SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____/s/_____
    Roger M. Mason
    Attorneys for Defendant Gilroy Construction, Inc.

### ORDER

IT IS SO ORDERED.

    Based on the foregoing and good cause appearing, the Case Management Conference is continued to Friday June 27, 2014, at 3:00 p.m.  The parties who have appeared in this action and not been defaulted or dismissed must file a Case Management Conference Statement by Friday June 20, 2014.

Date: __3/10/14_____        _____
    THE HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE