Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu. Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 phone
(415) 882-9287 fax
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

Roger M. Mason, Esq.
SWEENEY, MASON, WILSON & BOSOMWORTH
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
408-356-3000 phone
408-354-8839 fax
Email: RMason@smwb.com
Attorneys for Defendants Vincent Giacalone and Lisa Giacalone

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GIACALONE ELECTRICAL SERVICES, INC., et al., <br><br> Defendants. | Case No.: C12-6178 SI <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSE~~D] ORDER** <br><br> CMC: 6/27/14 <br> Time: 3:00 pm <br> Ctrm: 10 (19th Floor) <br> Location: 450 Golden Gate Avenue, San Francisco, CA <br> Judge   Honorable Susan Illston |
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GIACALONE ELECTRICAL SERVICES, INC., et al., <br><br> Defendants. | Case No.: CV 13-02338-SI <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> CMC: 6/27/14 <br> Time: 3:00 pm <br> Ctrm: 10 (19th Floor) <br> Location: 450 Golden Gate Avenue, San Francisco, CA <br> Judge   Honorable Susan Illston |

In accordance with Rule 16 and 26(f) of the Federal Rules of Civil Procedure, Northern District Local Rule 16-9, Standing Order for All Judges of the Northern District of California, and Honorable Susan Illston's Case Management Order, the parties hereto submit this Stipulated Request to Continue the Case Management Conference.

**Related Actions**

1. On June 18, 2013, the Court related *Crosthwaite* v. *Giacalone Electrical Services, Inc., et al.*, Case No. CV12-6178 SI ("Contributions Action") to *Pension Plan for Pension Trust Fund for Operating Engineers, et al.,* v. *Giacalone Electrical Services, Inc., et al.*, Case No. CV13-2338 ("Withdrawal Liability Action"). Docket No. 38.

2. In the Contributions Action, Plaintiffs seek delinquent contributions and other related sums in excess of $850,000 found due to the Operating Engineers Trust Funds ("Trust Funds") upon audit of the records of Defendant Giacalone Electrical Services, Inc. ("Giacalone Electrical") for the time period January 1, 2005, through July 24, 2009.

3. In the Withdrawal Liability Action, Plaintiffs seek withdrawal liability of $2,231,762 and other related sums as a result of Defendant Giacalone Electrical's withdrawal from the Pension Plan for Pension Trust Fund for Operating Engineers ("Plan").

**Defendants**

4. Defendant Giacalone Electrical was named in the Contributions Action and the Withdrawal Liability Action, and the Court entered default against said defendant in both actions. Docket Nos. 22 and 33, respectively.

5. Defendants Giacalone McDermott Management, LLC, Luchessa Road, LLC, Ronan Avenue Investors, LLC were named only in the Withdrawal Liability Action, and the Court entered default against said defendants. Docket Nos. 22 and 30.

6. Defendant Giacalone Design Services, Inc. was only named in the Contributions Action and has been dismissed. Docket No. 54.

7. Defendants VLG2, LLC, and Crow Court LLC, were only named in the Withdrawal Liability Action and have been dismissed. Docket No. 39.

8. A mediation was held on December 11, 2013, with court appointed mediator James Fleming. Plaintiffs and Defendants Gilroy Construction, Inc. ("Gilroy"), Vincent Giacalone and Lisa Giacalone participated in the mediation.

9. As a result of the mediation Plaintiffs and Defendant Gilroy agreed to a settlement. Docket No. 56. The terms of the settlement solely with Defendant Gilroy have been satisfied in full and a dismissal of Defendant Gilroy pursuant to stipulation is being filed concurrently herewith.

10. Defendants Vincent Giacalone and Lisa Giacalone were only named it the Withdrawal Liability Action and are the only remaining Defendants who have appeared in said action.

11. In the Stipulated Request to Continue filed on March 10, 2014, it was indicated that Plaintiffs would take certain depositions. On May 20, 2014, Plaintiffs took the deposition of William Finn, accountant for Defendants.

12. On April 21, 2014, Plaintiffs served discovery on Defendants Vincent Giacalone and Lisa Giacalone and have agreed to an extension until June 23, 2014, for Defendants to respond to said discovery. Upon review of Defendants' discovery responses, the parties intend to participate in further settlement negotiations.

13. In the event settlement negotiations are unsuccessfully, Plaintiffs intend to file a motion for summary judgment and motion for default judgment to be heard by Friday September 19, 2014.

14. Based on the foregoing, the parties who have appeared in this action and not been defaulted or dismissed hereby request to continue the Case Management Conference to Friday September 19, 2014, to coincide with the hearing on the motions.

Dated: June 6, 2014                          SALTZMAN & JOHNSON LAW CORPORATION

                                             By: _____/s/_____
                                                  Shaamini A. Babu, Esq.
                                                  Attorney for Plaintiffs

Dated: June 6, 2014              SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____/s/_____
    Roger M. Mason
    Attorneys for Defendant Gilroy Construction, Inc.

**ORDER**

IT IS SO ORDERED.

Based on the foregoing and good cause appearing, the Case Management Conference is continued to Friday September 19, 2014.   The parties who have appeared in this action and not been defaulted or dismissed must file a Case Management Conference Statement by Friday September 12, 2014.

Date: _____6/9/14_____   _____
                                    THE HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATED REQUEST TO CONTINUE CMC
P:\CLIENTS\OE3CL\Giacalone Electrical Services\CMC\Request to Continue CMC 060614.doc   CASE NO. CV 12-6178 SI and CV 13-02338 SI