Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu. Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 phone
(415) 882-9287 fax
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GIACALONE ELECTRICAL SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No.:  C12-6178 SI<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GIACALONE ELECTRICAL SERVICES, INC. ; AND [PROPOSED] ORDER**<br><br>Date:　　December 12, 2014<br>Time:　　9:00 a.m.<br>Ctrm:　　10 (19th Floor)<br>Location: 450 Golden Gate Avenue<br>　　　　　San Francisco, CA<br>Judge　　Honorable Susan Illston |

1  Default has been entered against Defendant GES since it did not appear in this action. Docket No. 33. On November 7, 2014, Plaintiffs Operating Engineers' Health and Welfare Trust Fund, et al. ("Trust Funds") filed a Motion for Default Judgment against Giacalone Electrical Services, Inc. ("GES"). Docket Nos. 75-77. The Trust Funds hereby withdraws its Motion for Default Judgment. Further, the Trust Funds voluntarily dismiss Defendant GES without prejudice. Plaintiffs have not previously filed or dismissed any similar action against Defendant GES.

Dated: November 20, 2014

SALTZMAN & JOHNSON
LAW CORPORATION

_____/s/_____
Shaamini A. Babu
Attorney for Operating Engineers' Health
And Welfare Trust Fund, et al.

### ORDER

Based on the foregoing, and good cause appearing, the hearing on Plaintiffs' Motion of Default Judgment set for December 12, 2014, is hereby taken off calendar and Defendant GES is dismissed without prejudice.

IT IS SO ORDERED.

Date: __11/21/14__   _____
SUSAN ILLSTON
United States District Court Judge

-1-
WITHDRAWAL OF MDJ & DISMISSAL WITHOUT PREJUDICE
CASE NO.: C12-6178 SI

\\FILES\Public\CLIENTS\OE3CL\Giacalone Electrical Services\Dismissal\Withdrawal of MDJ & Dismissal of GES 11-20-14.doc

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On November 20, 2014, I served the following document(s):

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GIACALONE ELECTRICAL SERVICES, INC. ; AND [PROPOSED] ORDER**

on the interested parties to this action, in the manner described as follows, addressed as below:

XX   **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices. Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**Defendant Giacalone Electronic Services, Inc.**
c/o Vincent Giacalone
4600 Meritage Court
Gilroy, CA 95020

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of November, 2014, at San Francisco, California.

                         /S/
                    Catherine Jemera